IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
| vs.    ) | Criminal Case No. 3:06-mj-100-VPM |
| ) | |
| RAMON CONTRERAS-RODRIGUEZ    ) | |

**MOTION FOR FUNDS TO EMPLOY INTERPRETER**

COMES NOW Defendant, by and through counsel, and prays that this Court will authorize him to employ Ms. Beverly M. Childress, 24178 Antioch Rd., Andalusia, AL 36420, as a translator in this case at the expense of the government.  As grounds Defendant would show as follows:

1. Mr. Contreras-Rodriguez does not speak English.

2. Mr. Contreras-Rodriguez's attorney's facility with Spanish is inadequate to assure accurate communications and, thus, competent representation.

3. The absence of a federally certified interpreter would prejudice the right of Defendant to a fair trial.

4. Mr. Contreras-Rodriguez is incarcerated, is indigent, and is without funds with which to employ an interpreter.

5. Ms. Childress is a federally certified interpreter who is well known to this Court.  Ms. Childress has agreed to accept appointment.

WHEREFORE, the premises considered, Defendant prays that the Court will appoint, and/or permit counsel to employ at the expense of the government, Ms. Beverly Childress as interpreter for Defendant.

RESPECTFULLY SUBMITTED, this __17th__ day of October, 2006.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the _17th_ day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Todd Brown
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant