COURTROOM DEPUTY MINUTES          DATE: **October 16, 2006**
MIDDLE DISTRICT OF ALABAMA
                                          DIGITAL RECORDING:   **2:59 -3:10**

- √ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (R.40)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

**PRESIDING MAG. JUDGE** Vanzetta Penn McPherson     **DEPUTY CLERK:** Wanda A. Robinson

**CASE NO.** 3:06mj100-VPM     **DEFT. NAME:** Ramon Contreras Rodriguez

**USA:** John Harmon     **ATTY:** Jay Lewis
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO ;

**USPTSO/USPO:** Tamara Martin

**Defendant** √ does ___ does NOT need an interpreter; **NAME** Beverly Childress

| | | |
|---|---|---|
| √ Kars. | Date of Arrest **10/13/06** or √ karsr 5 | |
| √ kia. | Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator | |
| √ Finaff. | Financial Affidavit executed ☐ to be obtained by PTS; √ **ORAL** Motion for Appt. Of Counsel. | |
| ☐ koappted | **ORAL ORDER** appointing Federal Defender - **Notice to be filed.** | |
| √ 20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐ | **DETENTION HRG** ☐ held; ☐ set for ____; √ **Prelim. Hrg** √ Set for 10/26/06 @ 10:00am | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ ____ Deft released (kloc LR) | |
| | ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| √ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ kwvprl. | Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds **PROBABLE CAUSE**. Defendant **HELD**. Plea of **NOT GUILTY** entered. |
| | **ARRAIGNMENT HELD. PLEA OF NOT GUILTY ENTERED** | |
| | Trial Term ____;   ☐ **PRETRIAL CONFERENCE DATE:** ____ | |
| | **DISCOVERY DISCLOSURES DATE**: ____ | |
| ☐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ☐ krmvhrg. | Identity/Removal Hearing set for ____ | |
| ☐ Kwvspt | **Waiver of Speedy Trial Act Rights Executed**. | |

Attorney Jay Lewis may contact the Federal Defenders' Office to stand in at the Preliminary Hearing on 10/26/06 if he is unable to attend.