IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. NO.: 3:06mj100-VPM |
| ) | |
| RAMON CONTRERAS RODRIGUEZ ) | |
| ) | |

## ORDER

For good cause, it is

ORDERED that a Preliminary Hearing for the defendant, RAMON CONTRERAS RODRIGUEZ, be and is hereby scheduled for 26 October 2006 at 10:00 a.m., in courtroom 5A, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama. The Clerk shall provide an Interpreter for these proceedings.

Done this 19th day of October, 2006

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE