IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06mj100-VPM |
| | ) | |
| RAMON CONTRERAS-RODRIGUEZ | ) | |

**ORDER**

Upon consideration of the defendant's motion for prior approval for funds for an interpreter (doc. # 4), and pursuant to 18 U.S.C. § 3006A(e)(1), and upon the court's finding that such services are necessary and that the defendant is financially unable to obtain them, it is

ORDERED that the motion be and is hereby GRANTED.

Pursuant to 18 U.S.C. § 3006A(3), it is further

ORDERED that prior approval for payment of the services be and is hereby GRANTED.  Compensation to be paid to an interpreter for services rendered shall not exceed $1,600.00, exclusive of reimbursement for expenses reasonably incurred.

Counsel is DIRECTED to coordinate with the Deputy Clerk of this Court and to the extent possible use the services of the interpreter at the same time as the interpreter is employed by the court for other services.

Done this 8th day of November, 2006.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE